1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

HOLLIS EDWARD PRIEST, III,

12

Plaintiff,

13

v.

14

CORIZON HEALTH, et al.,

15

Defendants.

16

Case No. 1:14-cv-01643-DLB PC

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW A COURT ORDER AND FAILURE TO PROSECUTE

TWENTY-ONE DAY DEADLINE

17        Plaintiff Hollis Edward Priest, III ("Plaintiff") is an inmate at the Fresno County Jail

18  proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.  Plaintiff filed

19  his complaint on October 21, 2014.

20        On March 11, 2015, the Court screened his complaint and dismissed it with leave to amend.

21  Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of

22  the order.

23        Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or

24  otherwise communicated with the Court.

25        Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action

26  should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff must

27  file a response to this order within twenty-one (21) days of the date of service of the order.  Plaintiff

28  ///

1

1 may also comply with this order by filing an amended complaint pursuant to the March 11, 2015,

2 order.

3    Failure to comply with this order will result in dismissal of this action.

4
5 IT IS SO ORDERED.

6    Dated:    **April 24, 2015**                    /s/ *Dennis L. Beck*
7                                      UNITED STATES MAGISTRATE JUDGE